# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Andrew J. Guilford__

From: __N. Castro__, Deputy Clerk   Date Received: __1-4-10__

Case No.: __SACV09-1466 AG (RNBx)__ Case Title: __Heritage Pacific Financial v. Paul Radwich et al__

Document Entitled: __Answer of Defendant Paul Radwich, Demand for Jury Trial, Certification + Notice of Interested Parties__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- ☐ Local Rule 11-3.1   Document not legible.
- ☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
- ☒ Other: __Case is designated for e-filing pursuant to General Order 08-02 + 08-11__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7. __All future documents must be efiled.__

__1/5/10__
Date                                    U.S. District Judge / U.S. Magistrate Judge
                                        ANDREW J. GUILFORD

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____          _____
Date                     U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)             NOTICE OF DOCUMENT DISCREPANCIES