Stacy Joel Safion, Esq. (SBN 167481)
30011 Ivy Glenn Drive, Suite 121
Laguna Niguel, CA 92677
(949) 347-0300
Attorney for Defendant and Cross-Complainant
Paul Radwich

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Heritage Pacific Financial LLC dba Heritage Pacific Financial | CASE NUMBER |
|---|---|
| Plaintiff(s), | SACV09-01466 AG (RNBx) |
| v. Paul Radwich, et al | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☑  The Cross-Claim brought by Claimants(s) Paul Radwich _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 23, 2010
_____
Date

_____
Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE BY MAIL

I, Stacy Joel Safion, declares:

I am over age 18, not a party to this action, and am employed at 30011 Ivy Glenn Drive, Laguna Niguel, California

As follows I am "readily familiar'. with the firm's practice of collection and processing correspondence for mailing Under that practice it would be deposited with U S. postal service on that same day with postage thereon fully prepaid at Laguna Niguel, California in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

On April 23, 2010, pursuant to CM/ECF System, registered as a CMECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel listed above who are registered with the Court's CM/ECF System.

On April 23, 20104, following ordinary business practices, I placed for collection and mailing at 30011 Ivy Glenn Drive, Laguna Niguel, California, a copy of the attached:

Document: **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c).**

on:
Blanca Rodas
3233 Beaumont Ave
Oakland, CA 94602

Martin E cDack
Dack Marasigan LLP
23041 Avenida de la Carlota Suite 300
Laguna Hills, CA 92653

Sonia Navarro
5206 Benito Suite 202
Montclair, CA 91763

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   April 23, 2010