MARTIN E. DACK (Bar No. 196068)
JAYSON Q. MARASIGAN (Bar No. 227525)
DACK MARASIGAN, LLP
23041 Avenida de la Carlota, Suite 300
Laguna Hills, California 92653
Telephone:  (949) 206-9848
Facsimile:   (949) 206-9851

Attorneys for Defendant Charlene Y. Chao

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, LLC D/B/A HERITAC PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HAGUE, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. SACV 09-01466 (RNBx)<br><br>**DEFENDANT CHARLENE Y. CHAO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently With: Memorandum of Points and Authorities; Declarations of Jayson Q. Marasigan and Charlene Y. Chao; Request for Judicial Notice; Statement of Uncontroverted Facts and Conclusions of Law]<br><br>Date:    July 12, 2010<br>Time:   10:00 a.m.<br>Crtrm:  10D<br><br>Judge:              Andrew J. Guilford<br>Magistrate Judge: Robert N. Block<br>Trial Date:         December 14, 2010<br>Complaint Filed:  December 11, 2009 |

TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on July 12, 2010, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located in Courtroom 10D of the United States District Court, Central District of California – Southern Division, 411 W. Fourth St., Santa Ana, CA 92701-4516, Defendant Charlene Y. Chao ("Chao")

1

will move this Court for summary judgment or, in the alternative, summary adjudication of issues pursuant to Federal Rules of Civil Procedure rule 56 because there is no genuine issue as to any material fact and Chao is entitled to summary judgment as a matter of law. Specifically, Chao moves the Court for an order as follows:

1. For summary judgment in favor of Chao and against Plaintiff Heritage Pacific Financial, LLC d/b/a Heritage Pacific Financial on the grounds that no triable issue of material facts exists and Chao is entitled to judgment as a matter of law. Chao also moves for costs of suit incurred herein and such other relief as may be just.

2. Alternatively, if for any reason summary judgment cannot be had, for partial summary judgment (summary adjudication of issues) as to the following causes of action contained in Plaintiff's complaint:

**ISSUE 1: CHAO IS ENTITLED TO PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT**

Chao seeks partial summary judgment on Plaintiff's first cause of action for breach of contract on the grounds that the undisputed material facts demonstrate that the claim violates California's anti-deficiency statutes (California Code of Civil Procedure §§ 580b, 580d, and 726(f),(g)).

**ISSUE 2: CHAO IS ENTITLED TO PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S SECOND CAUSE OF ACTION FOR INTENTIONAL MISREPRESENTATION**

Chao seeks partial summary judgment on Plaintiff's second cause of action for intentional misrepresentation on the grounds that the undisputed material facts demonstrate that the claim violates California's anti-deficiency statutes (California Code of Civil Procedure §§ 580b, 580d, and 726(f),(g)).

**ISSUE 3: CHAO IS ENTITLED TO PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S THIRD CAUSE OF ACTION FOR FRAUDULENT CONCEALMENT**

Chao seeks partial summary judgment on Plaintiff's third cause of action for

1  fraudulent concealment on the grounds that the undisputed material facts demonstrate that
2  the claim violates California's anti-deficiency statutes (California Code of Civil Procedure
3  §§ 580b, 580d, and 726(f),(g)).

## ISSUE 4: CHAO IS ENTITLED TO PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S FOURTH CAUSE OF ACTION FOR NEGLIGENT MISREPRESENTATION

Chao seeks partial summary judgment on Plaintiff's fourth cause of action for negligent misrepresentation on the grounds that the undisputed material facts demonstrate that the claim violates California's anti-deficiency statutes (California Code of Civil Procedure §§ 580b, 580d, and 726(f),(g)).

In conformance with Local Rule 7-3, counsel for Chao contacted counsel for Plaintiff to discuss the substance of the instant motion for summary judgment on April 29, 2010 and continuing thereafter. Despite an exchange of numerous correspondences regarding the issue, the parties were unable to reach a resolution which eliminates the necessity of a hearing.

This motion is based on this notice of motion and motion; the memorandum of points and authorities filed herewith; the declarations of Jayson Q. Marasigan and Charlene Y. Chao; the separate statement of uncontroverted facts and conclusions of law; the request for judicial notice; all of the pleadings and papers on file; any matter that may be presented in reply to any opposition filed by Plaintiff; and on any other matter that may be presented to the Court at the time of the hearing.

DATED: June 2, 2010

DACK MARASIGAN, LLP
MARTIN E. DACK
JAYSON Q. MARASIGAN

By: _____
JAYSON Q. MARASIGAN
Attorneys for Defendant Charlene Y. Chao