MARTIN E. DACK (Bar No. 196068)
JAYSON Q. MARASIGAN (Bar No. 227525)
DACK MARASIGAN, LLP
23041 Avenida de la Carlota, Suite 300
Laguna Hills, California 92653
Telephone:   (949) 206-9848
Facsimile:    (949) 206-9851

Attorneys for Defendant Charlene Y. Chao

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, LLC D/B/A HERITAC PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HAGUE, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. SACV 09-01466 (RNBx)<br><br>**REQUEST FOR JUDICIAL NOTICE SUBMITTED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently With: Notice of Motion and Motion; Declaration of Charlene Y. Chao; Request for Judicial Notice; Memorandum of Points and Authorities; [Proposed] Separate Statement of Uncontroverted Issues]<br><br>Date:    July 12, 2010<br>Time:   10:00 a.m.<br>Crtrm:  10D<br><br>Judge:                   Andrew J. Guilford<br>Magistrate Judge:  Robert N. Block<br>Trial Date:             December 14, 2010<br>Complaint Filed:   December 11, 2009 |

Defendant Charlene Y. Chao, by and through her attorneys of record, hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 2001 of the following facts:

1.   A Grant Deed was recorded on September 1, 2006, as instrument number

1

REQUEST FOR JUDICIAL NOTICE SUBMITTED IN SUPPORT OF DEFENDANT'S MOT. FOR SUMM. JUDGMENT

1  2006-0652842, in the Official Records of the Riverside County Recorder, vesting
2  ownership in the property commonly known as 14373 Wolfhound Street, Corona, CA
3  92880 to Charlene Y. Chao, a single woman. Attached hereto as Exhibit "1" is a true and
4  correct certified copy of the Grant Deed. (Fed. Rules of Evid. Rule 902(4))

5       2.    A Deed of Trust was recorded on September 1, 2006, as instrument number
6  2006-0652844, in the Official Records of the Riverside County Recorder, constituting a
7  second mortgage on the property commonly known as 14373 Wolfhound Street, Corona,
8  CA 92880. Attached hereto as Exhibit "2" is a true and correct certified copy of the Deed
9  of Trust. (Fed. Rules of Evid. Rule 902(4))

10      3.    A Trustee's Deed Upon Sale was recorded on January 4, 2008, as instrument
11 number 2006-0652844, in the Official Records of the Riverside County Recorder, vesting
12 ownership in the property commonly known as 14373 Wolfhound Street, Corona, CA
13 92880 to Standard Pacific Mortgage indicating that the grantee was the foreclosing
14 beneficiary. Attached hereto as Exhibit "3" is a true and correct certified copy of the
15 Trustee's Deed Upon Sale. (Fed. Rules of Evid. Rule 902(4))

16      4.    According to the United States Department of Labor, Bureau of Labor
17 Statistics, $150,000 in 1987 is the equivalent of $266,197.18 on January 1, 2006. Attached
18 hereto as Exhibit "4" are true and correct copies of printouts from the United States
19 Department of Labor – Bureau of Labor Statistics website (http://data.bls.gov/cgi-
20 bin/cpicalc.pl). The first page of Exhibit "4" indicates the condition of the page when the
21 foregoing internet address is inputted into the internet browser and the "print" option is
22 selected. The second page of Exhibit "4" indicates my having typed "150000" into the
23 blank field and changing the dates to 1987 and 2006, respectively. The last page of
24 Exhibit "4" indicates the condition of the page when the "calculate" button is selected.
25 (Fed. Rules of Evid. Rule 902(5); *Clappier v. Flynn*, 605 F.2d 519 (1979); *Conjour v.*
26 *Whitehall Township*, 850 F.Supp. 309, 316(ED PA 1994); *Williams v. Long*, 585
27 F.Supp.2d 679, 689–690 (D MD 2008)—information published on public authority's Web
28 site, regardless if it is restricted or not, is self-authenticating as online official publication

1  (also authenticated by URL))

2

3  DATED: June 2, 2010                    DACK MARASIGAN, LLP
                                          MARTIN E. DACK
4                                         JAYSON Q. MARASIGAN

5

6                                  By: _____/s/ Jayson Marasigan_____
                                          JAYSON Q. MARASIGAN
7                                         Attorneys for Defendant Charlene Y. Chao

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         3
REQUEST FOR JUDICIAL NOTICE SUBMITTED IN SUPPORT OF DEFENDANT'S MOT.
FOR SUMM. JUDGMENT