BRAD A. MOKRI, SBN: 208213
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. First Street, Suite 900
Santa Ana, California 92705
Telephone No.: (714) 619-9395
Facsimile No.: (714) 619-9396

Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL, LLC dba HERITAGE PACIFIC FINANCIAL

JS6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISIONAL OFFICE

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL LLC D/B/A HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HAGUE, et al.<br><br>Defendants | Case No.: SACV09-01466 AG (RNBx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS<br>[F.R.C.P., Rules 54(b) and 55(b)(2)]<br><br>*Hearing Information:*<br>Date: December 06, 2010<br>Time: 10:00 a.m.<br>Courtroom: 10-D<br>Judge: Hon. Andrew J. Guilford |

By submission of the attorney of record for Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial, Plaintiff's Application for Entry of Separate Default Judgments against Defendants JEFFREY P TOMAZIN, PRISCILLA TOMAZIN, JAMES TAYLOR, REMUS SCOTT EPPIE, SILVIA ELIZABETH SALMERON, MARTHA ROCHA, VICTOR BONILLA, LETICIA S. VALENZUELA, ANTONIA PEDRAZA, BONNIE RHEA SCOTT, JORGE VELASCO, JENNIE ARISMENDEZ, MARY PEARSON, BERTHA A. CORTES, MIGUEL CORTES FERRAL, JORGE G. SIGUENZA, ALFREDO JIMENEZ, SALOMON SOLIS, LOURDES

---

[~~PROPOSED~~] JUDGMENT

- 1 -

VELAZQUEZ ("Defendant Judgment Application") came on regularly for hearing on December 06, 2010 at 10:00 a.m. before the Honorable Andrew Guilford, United States District Judge presiding in Courtroom 10-D of the above-referenced Court. The defendants JEFFREY P TOMAZIN, PRISCILLA TOMAZIN, JAMES TAYLOR, REMUS SCOTT EPPIE, SILVIA ELIZABETH SALMERON, MARTHA ROCHA, VICTOR BONILLA, LETICIA S. VALENZUELA, ANTONIA PEDRAZA, BONNIE RHEA SCOTT, JORGE VELASCO, JENNIE ARISMENDEZ, MARY PEARSON, BERTHA A. CORTES, MIGUEL CORTES FERRAL, JORGE G. SIGUENZA, ALFREDO JIMENEZ, ~~ELOISA PINEDA~~ SALOMON SOLIS, LOURDES VELAZQUEZ having been regularly served with process, and having failed to appear and answer the Plaintiff's complaint filed herein on December 11, 2009, and the default of said Defendants having been duly entered and evidence having been considered by the Court, and the Court having reviewed and considered the Default Judgment Application and all pleadings and papers filed in support and opposition thereof, including all admissible evidence filed in support and opposition thereof, and good cause appearing for entry of judgment against the defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from Defendants, JEFFREY P. TOMAZIN and PRISCILLA TOMAZIN damages in the amount of $105,071.45. The final judgment shall be joint and several as to Jeffery Tomazin and Priscilla Tomazin. Plaintiff waives its right to pre-judgment interest and punitive damages.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant JAMES TAYLOR damages in the amount

of $90,450.00. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant REMUS SCOTT EPPIE damages in the amount of $94,192.25. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant SILVIA ELIZABETH SALMERON damages in the amount of $99,000.00. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant MARTHA ROCHA damages in the amount of $73,466.36. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant VICTOR BONILLA damages in the amount of $80,380.40. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant LETICIA S. VALENZUELA damages in the amount of $121,946.74. Plaintiff waives its right to pre-judgment interest and punitive damages;

[PROPOSED] JUDGMENT
- 3 -

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant ANTONIA PEDRAZA damages in the amount of $85,360.56. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant BONNIE RHEA SCOTT damages in the amount of $145,272.82. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant JORGE VELASCO damages in the amount of $79,345.92. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant JENNIE ARISMENDEZ damages in the amount of $97,959.60. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant MARY PEARSON damages in the amount of $113,867.19. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from Defendants, BERTHA A. CORTES and MIGUEL

CORTES FERRAL damages in the amount of $93,193.75. The final judgment shall be joint and several as to BERTHA A. CORTEZ and MIGUEL CORTES FERRAL. Plaintiff waives its right to pre-judgment interest and punitive damages.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant JORGE G. SIGUENZA damages in the amount of $43,379.50. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant ALFREDO JIMENEZ damages in the amount of $61,129.12. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant SALOMON SOLIS damages in the amount of $62,250.00. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from defendant LOURDES VELAZQUEZ damages in the amount of $61,786.06. Plaintiff waives its right to pre-judgment interest and punitive damages;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Defendants herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of this final judgment against the Defendants and the Court expressly directs that the Clerk of Court enter this separate judgment against said Defendants pursuant to F.R.Civ.P. 54 notwithstanding whether this action remains pending against other defendants.

DATED: Dec 7, 2010

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] JUDGMENT