BRAD A. MOKRI, ESQ., SBN: 208213
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. First Street, Suite 900
Santa Ana, California 92705
Telephone No.: (714) 619-9395
Facsimile No.: (714) 619-9396

Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL, LLC dba HERITAGE PACIFIC FINANCIAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL LLC D/B/A HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HAGUE, et al.<br><br>Defendants | Case No.: SACV09-01466 AG (RNBx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANT FRED ORTIZ<br>[F.R.C.P., Rules 54(b) and 55(b)(2)]<br><br>DATE: June 6, 2011<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 10D<br>JUDGE: Hon. Andrew Guilford |

By submission of the attorney of record for Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial, Plaintiff's Motion for Entry Default Judgment against FRED ORTIZ came on regularly for hearing on June 6, 2011 at 10:00 a.m. before the Honorable Andrew Guilford, United States District Judge presiding in Courtroom 10-D of the above-referenced Court. The Defendant FRED ORTIZ having been regularly served with process, and having failed to appear and answer the Plaintiff's complaint filed herein on December 11, 2009, and the default of said Defendant having been duly entered and evidence having been considered by the Court, and the Court having reviewed and

[PROPOSED] JUDGMENT
- 1

considered the Default Judgment Application and all pleadings and papers filed in support and opposition thereof, including all admissible evidence filed in support and opposition thereof, and good cause appearing for entry of judgment against the defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Heritage Pacific Financial, LLC doing business as Heritage Pacific Financial shall recover from Defendant FRED ORTIZ damages in the amount of $94,314.06. Plaintiff waives its right to pre-judgment interest and punitive damages.

DATED: June 3, 2011

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE